

**Texas Department of Criminal Justice**

# STEP 2  OFFENDER GRIEVANCE FORM

Offender Name: Henry Cato Jr   TDCJ # 2214123
Unit: Coffield   Housing Assignment: 5-116B
Unit where incident occurred: Coffield

**OFFICE USE ONLY**
Grievance #: 2021062910
UGI Recd Date: 2-10-21
HQ Recd Date: Feb 24 2021
Date Due: 3-12
Grievance Code: 400
Investigator ID#: T.2589
Extension Date: 4/11

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

the following procedures were not met. My right to have a witness present was not met at disciplinary hearing, video footage was documentary evidence to be presented for fingings of my innocence, and time limits were not met. 3 or more penalties were imposed

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

_____
_____
_____
_____
_____

**Offender Signature:** Henry Cato Jr          **Date:** 2/10/21

**Grievance Response:**

TDCJ Reply: Major disciplinary case 20210082643 has been reviewed. The disciplinary charge was appropriate for the offense and the guilty verdict was supported by a preponderance of the evidence. All due process requirements were satisfied, and the punishment assessed by the Disciplinary Hearing Officer was within agency guidelines. No further action warranted

**Signature Authority:** J Back          **Date:** May 27 2021

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened    ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened    ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened    ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**I-128 Back (Revised 11-2010)**                    **Appendix G**