Henry Cato Jr 2214123
Michael
2204 FM 2054
Tenn Colony Tx 75886

EAST U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP - 5 2023
BY_____
DEPUTY

Eastern District Court
211 W. Ferguson St
Tyler Tx 75702

