IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HENRY CATO, JR. #2214123,<br>Plaintiff,<br><br>v.<br><br>O. PEDRO, *et al.*,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:23-CV-448 |

## ATTORNEY GENERAL OF TEXAS' *AMICUS CURIAE* ADVISORY

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

The Office of the Attorney General, as *amicus curiae*, files this advisory to the Court. The Office of the Attorney General respectfully submits the following:

1. The Office of the Attorney General does not currently represent Defendant O. Pedro ("Defendant").

2. The Office of the Attorney is working to obtain Defendant's authorization for representation, which would allow the Office of the Attorney General to represent him.

3. When undersigned receives authorization to represent Defendant, undersigned will answer or file a responsive pleading on behalf of Defendant as soon as possible.

4. Undersigned respectfully requests an extension <u>twenty-one days</u> to answer or file a responsive pleading to Plaintiff's complaint. If Defendant wishes to not have the Office of Attorney General represent him, undersigned will file another advisory notifying this Court of the same.

RESPECTFULLY SUBMITTED,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

/s/ Troy M. Moyer
Assistant Attorney General
Texas Bar No. 24135530
Troy.Moyer@oag.texas.gov
Attorney-in-Charge

Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2080 / Fax (512) 370-9814
*Amicus Curiae*

### NOTICE OF ELECTRONIC FILING

I, Troy M. Moyer, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing, **ATTORNEY GENERAL OF TEXAS'** *AMICUS CURIAE* **ADVISORY**, in accordance with the Electronic Case Files System of the Eastern District of Texas, Tyler Division on January 12, 2024.

/s/ Troy M. Moyer
TROY M. MOYER
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I, **Troy Moyer**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the foregoing has been served by placing same in the United States Mail, prepaid, within one business day of January 12, 2024, addressed to:

| | |
|---|---|
| **Henry Cato Jr., TDCJ No. 2214123** | *Via CMRRR* 9589 0710 5270 0177 2575 32 |
| **Michael Unit** | |
| **2664 FM 2054** | |
| **Tennessee Colony, TX 75886** | |
| *Plaintiff Pro Se* | |

/s/ Troy Moyer
**TROY MOYER**
Assistant Attorney General