IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HENRY CATO, Jr. #2214123,<br>*Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 6:23-CV-448 |
| | § | |
| O. PEDRO, *et al.*,<br>*Defendants.* | § § § | |

## ORDER

On this day came to be considered the **Defendant Pedro's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).**

The Court is of the opinion that the following order shall issue:

It is hereby ORDERED that Defendant Pedro's Motion to Dismiss is **GRANTED**.

All claims brought by Plaintiff against Defendant Pedro are **DISMISSED WITH PREJUDICE**.